Application GRANTED.  The conference scheduled for  scheduled for February 25, 2025, is **ADJOURNED** to **March 18, 2025, at 3:00 P.M.**  The conference will be held **IN PERSON** at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106 before Judge Lorna G. Schofield.  If lead counsel for any party is located outside of New York City or would experience a hardship from an in-person appearance and would prefer to appear remotely, they should notify the Court immediately by filing a letter on the docket so that arrangements can be made.  The parties' deadline to file the joint letter and the proposed civil case management plan is extended to **March 11, 2025**.  In the joint letter, the parties shall also include any progress in the New Jersey action.  No further extension or adjournment will be granted absent compelling circumstances.  So Ordered.

Dated: February 19, 2025
      New York, New York

Hon. Lorna G. Schofield, U.S.D.J.
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

      Re:    **Lamar Prater et al. v. Apple, Inc. et al.**
               **Docket No. 1:24-cv-9237-LGS**

Dear Judge:

      Please accept this letter requesting adjournment of the February 25, 2025 initial conference, and extension of the deadline for the joint Rule 16 letter due by the end of today.

      Plaintiffs formally served Apple on February 13, and do not yet have an Affidavit of Service. Given the timing of Apple's recent service in this case, we have not yet had opportunity to confer with Apple's attorneys for a joint Rule 16 letter. Colin McGrath, Esq., appearing for Apple, reached out to me via email yesterday afternoon noting that Apple was just served, and proposing an extension of the upcoming deadlines and conference date. Apple consents to the requested extension.

      Please note that we did get a chance to reach out to counsel for Google regarding a joint letter, and made substantial progress toward that end.  Nevertheless, Google's attorney agrees that requesting more time is the best course and joins herein.

      Respectfully submitted,

      s/ Justin Meyers
      Justin A. Meyers (NY#4518924)